IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SOMALTUS LLC | § | |
| Plaintiff, | § | Case No: 2:16-CV-00757-JRG-RSP |
| vs. | § | LEAD CASE |
| ASUS COMPUTER INTERNATIONAL | § | |
| Defendant. | § | |
| SOMALTUS LLC | § | |
| Plaintiff, | § | Case No: 2:16-CV-00759-JRG-RSP |
| vs. | § | CONSOLIDATED CASE |
| LENOVO GROUP, LTD, LENOVO HOLDING COMPANY, INC., and LENOVO (UNITED STATES), INC., | § | |
| Defendants. | § | |

### ORDER OF DISMISSAL WITH PREJUDICE

On this date, the Court considered the Stipulated Motion to Dismiss with Prejudice of all claims and counterclaims asserted between Plaintiff Somaltus, LLC and Defendants Lenovo Holding Company, Inc. and Lenovo (United States) Inc.

Therefore, IT IS ORDERED that all claims and counterclaims asserted in this action are hereby DISMISSED WITH PREJUDICE.

It is further ORDERED that all costs, expenses and attorneys' fees are to be borne by the party that incurred them.

**SIGNED this 18th day of December, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE